## TERESA SEBASTIANELLO
*vs.*
## TOWN OF HAMDEN

Superior Court      New Haven County      File No. 61857

MEMORANDUM FILED JANUARY 3, 1942.

*Philip R. Pastore,* of New Haven, for the Plaintiff.

*Bernard Pellegrino,* of New Haven, for the Defendant.

WYNNE, J. It would seem to the court that the complaint is sufficient to fairly inform the defendant of the cause of action she asserts.

The defendant is not entitled to know plaintiff's proof but rather what she claims as cause of action. This the complaint sets forth in full detail of legal statement.

The motion is denied.